**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6840**

NORMAN LINDSEY MAYES,

             Plaintiff - Appellant,

        v.

JOHN ROWLEY, Warden; DEPARTMENT OF PUBLIC SAFETY AND
CORRECTIONAL SERVICES,

             Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Catherine C. Blake, District Judge.
(1:10-cv-01308-CCB)

Submitted:  November 15, 2011      Decided:  November 17, 2011

Before NIEMEYER and KEENAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Norman Lindsey Mayes, Appellant Pro Se.   Nichole Cherie
Gatewood, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore,
Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Norman Lindsey Mayes appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm. We agree with the district court that Mayes was afforded sufficient due process. <u>Mayes v. Rowley</u>, No. 1:10-cv-01308-CCB (D. Md. May 12, 2011; June 1, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>